NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3178

KEENAN V. ROSS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF0752070805-I-3.

ON MOTION

## O R D E R

Upon consideration the United States Postal Service's unopposed motion for an

extension of time, until August 5, 2009, to file its informal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 24 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Keenan V. Ross
      Michael D. Snyder, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 24 2009

JAN HORBALY
CLERK